MELISSA HOLYOAK, United States Attorney (#9832)
MARK Y. HIRATA, Assistant United States Attorney (#5087)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Mark.Hirata@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN SCOTT ELLSWORTH, et al.,<br><br>Defendant. | Case No. 4:26-CR-00039 AMA<br><br>FIRST NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br>Judge Ann Marie McIff Allen |

The United States of America, by and through the undersigned, hereby files its first notice of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following, in accordance with FRCP 16(a)(1)(E) and the Protective Order filed on June 8th, 2026 under Docket Nos. 43, 44, and 50 is being or has been provided to counsel for the defendant via USB Drive:

| Description | Bates Numbers |
|---|---|
| Financial Records, Business Records, Medical Records, Phone Records, Real Property | Discovery index shared with defense counsel via USB Drive. |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 26th day of June, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Mark Y. Hirata*
MARK Y. HIRATA
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of June, 2026, the First CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available via the method listed below:

Andrew R. Choate
D. Loren Washburn
*Attorneys for Ryan Scott Ellsworth*
PARKINSON BENSON and POTTER
2750 RASSMUSSEN RD STE H107
PARK CITY, UT 84098
*Via Federal Express*

Kristen R. Angelos
*Attorney for Emilee Kelly*
FEDERAL PUBLIC DEFENDER - UTAH
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
*Via Hand Delivery*

G. Fred Metos
*Attorney for Drake Dell Broadbent*
299 S MAIN STE 1300
SALT LAKE CITY, UT 84111
*Via Pickup from USAO Reception*

/s/ *Stephanie Reinhart*
Stephanie Reinhart
Paralegal Specialist